UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      Plaintiff

      DECISION and ORDER

-vs-

      11-CR-6025

JENNIFER FORD

      Defendant
_____

**Siragusa, J.** This case was referred by order of the undersigned, entered February 1, 2011, to Magistrate Judge Marian W. Payson , pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On December 4, 2009, Defendant filed an omnibus motion (Docket # 18) seeking various forms of relief, including a request for the suppression of statements, as well as a hearing in that regard. As to the suppression of statements, Magistrate Judge Payson filed a Report and Recommendation ("R&R") (Docket # 29) recommending that the Court deny Defendant's motion to suppress, since the request was not supported by an affidavit on the part of a person with knowledge. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, Defendant's application to suppress statements is denied.

 IT IS SO ORDERED.

Dated: Rochester, New York
   November 29, 2011

      ENTER:

        /s/ Charles J. Siragusa
        CHARLES J. SIRAGUSA
        United States District Judge